64 So.2d 896

### Carlton BAKER v. STATE.

### 5 Div. 419.

Court of Appeals of Alabama.
April 21, 1953.

PRICE, Judge.

Affirmed.

64 So.2d 896

### William BAKER v. STATE.

### 5 Div. 418.

Court of Appeals of Alabama.
April 28, 1953.

Francis W. Speaks, Clanton, for appellant.

Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

63 So.2d 902

### Frank BARKER v. STATE.

### 7 Div. 226.

Court of Appeals of Alabama.
Feb. 17, 1953.

Huel M. Love, Talladega, for appellant.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., and Robt. P. Bradley, Montgomery, of counsel, for the State.

HARWOOD, Judge.

Affirmed.

64 So.2d 896

### Grover BAUGH v. STATE.

### 7 Div. 215.

Court of Appeals of Alabama.
April 21, 1953.

Roy D. McCord and Rowan S. Bone, Gadsden, for appellant.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., and Thos. M. Haas, Montgomery, of Counsel, for the State.

HARWOOD, Judge.

Affirmed.

69 So.2d 901

### J. D. BOOKER v. STATE.

### 4 Div. 238.

Court of Appeals of Alabama.
Dec. 22, 1953.

HARWOOD, Judge.

Affirmed, remanded for proper sentence.